U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN - 8 2018

TONY R. MOORE, CLERK
BY: _____
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| AGUSTIN VASQUEZ-RIVERA, Petitioner | CIVIL ACTION NO. 1:17-CV-1292-P |
| VERSUS | JUDGE JAMES T. TRIMBLE, JR. |
| DAVID COLE, ET AL., Respondents | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 8), and after a de novo review of the record including the objection filed by Petitioner (Doc. 9), and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that the Petition for Writ of Habeas Corpus is hereby DISMISSED without prejudice.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 8th day of January, 2018.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE